**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| **GREAT AMERICAN E&S INSURANCE CO.,** | :      **CIVIL ACTION** |
|     **Plaintiff,** | : |
| | : |
|     **v.** | :      **NO.  10-4853** |
| | : |
| **JOHN P. CAWLEY, LTD., d/b/a CAWLEY'S IRISH PUB AND RESTAURANT; JOHN CAWLEY; ANN MARIE CAWLEY; MATTHEW CRAWFORD; VINCENT TOMASSETTI,** | : |
|     **Defendants.** | : |

_____

**DuBOIS, J.**                                                                                    **June 2, 2011**

## ORDER

    **AND NOW**, this 2nd day of June, 2011, upon consideration of Great American's Motion for Default Judgment as to Defendants Matthew Crawford and Vincent Tomasetti (Doc. No. 9, filed January 14, 2011) and the Motion for Summary Judgment of Plaintiff, Great American E&S Insurance Company (Doc. No. 10, filed January 14, 2011), the Court noting that the Clerk of Court entered default against Matthew Crawford and Vincent Tomasetti on December 2, 2010, for the reasons stated in the Memorandum dated June 2, 2011, **IT IS ORDERED** as follows:

    1.  Plaintiff's Motion for Summary Judgment is **GRANTED**.  **JUDGMENT IS ENTERED** in **FAVOR** of Great American E & S Insurance Co. and **AGAINST** John P. Cawley, Ltd., John Cawley, and Anne Marie Cawley;

    2.  Plaintiff's Motion for Default Judgment as to Defendants Matthew Crawford and Vincent Tomasetti is **GRANTED**.  **JUDGMENT IS ENTERED** in **FAVOR** of Great American E & S Insurance Co. and **AGAINST** Matthew Crawford and Vincent Tomassetti;

3.  Great American E&S Insurance Company has no obligation to defend or indemnify John P. Cawley Ltd., John Cawley, or Ann Marie Cawley in the lawsuit captioned <u>Matthew Crawford and Vincent Tomasetti v. John P. Cawley, Ltd. d/b/a/ Cawley's Irish Pub and Restaurant, et al.</u>, Delaware County Court of Common Pleas, No. 10-008425.

It is **FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

**BY THE COURT:**


  /s/ Jan E. DuBois_____
**JAN E. DUBOIS, J.**